



College Park's
1960 Population
23,469
CITY OF
COLLEGE PARK
Airport area in the 60's
7% of College Park

College Park's 1970 Population 28,203

CITY OF COLLEGE PARK
Airport area in the 70's
17% of College Park

College Park's
1980 Population
24,632
Note:
In the 80's the city went from
6 Councilman to 4 Councilman
CITY OF
COLLEGE PARK
Airport area in the 80's
27% of College Park
Estimated Sewer
venue loss
.982 - 1989
$ 94,962

College Park's
1990 Population
20,457
stimated Tax
revenue loss
1992-1999
$ 4,178,258 42
Estimated Power
revenue loss
1992-1999
$ 50,408,079
Estimated Sewer
venue loss
990-1999
$ 70,278
CITY OF
COLLEGE PARK
Airport area in the 90's
32% of College Park

College Park's
2000 Population
18,414
Estimated Tax
revenue loss
2000-2006
$ 4,905,407 53
Estimated Power
revenue loss
2000-2006
$ 43,808,083
Estimated Sewer
~~venue loss
000 - 2006
$ 29,694
CITY OF
COLLEGE PARK
Atlanta & Airport area
2000 untill now is 36% of College Park

