ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 1 8 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| CITY OF COLLEGE PARK and CHARLES E. PHILLIPS, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA, SHIRLEY FRANKLIN, in her official capacity as Mayor of the City of Atlanta, STATE OF GEORGIA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action File No. <br><br> 1:08-CV-1464 JEC |

## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW, City of College Park and Charles E. Phillips, Sr. (collectively "Plaintiffs") and file this Motion for Temporary Restraining Order seeking a temporary injunction until a three-judge court can be convened.

In support of this Motion, Plaintiffs rely upon the following:

(a) Plaintiffs' Verified Complaint for Declaratory and Injunctive Relief and all attachments thereto;

(b) Plaintiffs' Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction;

(c) Any other evidence the Court deems relevant.

- 2 -

WHEREFORE, Plaintiffs respectfully request this Court grant Plaintiffs' Motion for Temporary Restraining Order.

For the Court's convenience, a proposed order is attached hereto as **Exhibit A**.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted this 18th day of April, 2008.

*/s/ Michael J. Bowers*
Michael J. Bowers
Georgia Bar No. 071650
Greg Michell
Georgia Bar No. 504053
Robert F. Glass
Georgia Bar No. 115504

**BALCH & BINGHAM LLP**
30 Allen Plaza, Suite 700
30 Ivan Allen Jr. Blvd. N.W.
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Steven M. Fincher
Georgia Bar No. 260235
Winston A. Denmark
Georgia Bar No. 211751
L'Erin F. Barnes
Georgia Bar No. 141797

**FINCHER DENMARK & WILLIAMS, LLC**
2262 Mount Zion Road
Jonesboro, Georgia 30236
Telephone (770) 478-9950
Facsimile (770) 471-9948

David F. Walbert
Georgia Bar No. 730450

**PARKS, CHESIN & WALBERT, P.C.**
75 14th Street, 26th Floor
Atlanta, GA 30309
Telephone: (404) 873-8000
FACSIMILE: (404)873-8050

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** has been served upon the following by hand delivery on this the 18th day of April, 2008.

>City of Atlanta
>c/o Mayor Shirley Franklin
>55 Trinity Avenue
>Atlanta, Georgia, 30303
>
>State of Georgia
>c/o Governor Sonny Perdue
>203 State Capitol
>Atlanta, Georgia, 30334
>
>Robert Caput
>Michael S. Fineman
>City of Atlanta Department of Law
>East End, Suite 300
>Hartsfield-Jackson Atlanta International Airport
>6000 N. Terminal Parkway
>Atlanta, Georgia 30320

*/s/ Greg Michell*
Greg Michell
Georgia Bar No. 504053

- 5 -

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that the foregoing Motion Temporary Restraining Order has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

*[signature]*
Greg Michell
Georgia Bar No. 504053