IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITY OF COLLEGE PARK and CHARLES E. PHILLIPS, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA, SHIRLEY FRANKLIN, in her official capacity as Mayor of the City of Atlanta, STATE OF GEORGIA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action File No. <br> 1:08-cv-1464 |

## **ORDER**

This matter having come before the Court on Plaintiffs' Motion for Temporary Restraining Order on April 18, 2008, this Court finds that Plaintiff will suffer irreparable injury absent this Court's intervention to halt Atlanta's purchase of Wynterbrook Apartments or other College Park property. Accordingly, the City of Atlanta is hereby enjoined from acquiring the Wynterbrook Apartments, or any other property within the City of College Park, until either such acquisition is precleared in accordance with 42 U.S.C. § 1973c(a) or a three-judge court determines that such preclearance is not required.

- 2 -

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff's Motion for Temporary Restraining Order is GRANTED.

SO ORDERED, this the _____ day of _____, 2007.

_____
Judge, United States District Court for the
Northern District of Georgia