ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 1 8 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| CITY OF COLLEGE PARK and CHARLES E. PHILLIPS, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA, SHIRLEY FRANKLIN, in her official capacity as Mayor of the City of Atlanta, and the STATE OF GEORGIA, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action File No.: ) ) 1:08-cv-1464 ) ) ) ) -JEC ) ) |

## REQUEST FOR THREE-JUDGE COURT

COME NOW, the City of College Park and Charles E. Phillips, Sr. (collectively "Plaintiffs"), and show the Court that they have this day filed a Verified Complaint For Declaratory Judgment and Injunctive Relief, challenging the City of Atlanta's use of O.C.G.A. § 6-3-20 to acquire certain property within the City of College Park. Although the proposed acquisitions change the "standard, practice, or procedure with respect to voting" within College Park, Atlanta has not sought preclearance for these changes as required by § 5 of the Voting Rights Act of 1965, codified at 42 U.S.C. § 1973c(a). Accordingly, Atlanta's acquisition of this property would be in violation of federal law.

- 2 -

In light of the extraordinary nature of the Voting Rights Act in general, and the unique approval requirements of § 5 of that Act, disputes such as the present case, which involve the coverage of § 5, must be determined by a district court of three judges. <u>Allen v. State Bd. of Elections</u>, 393 U.S. 544, 563 (1969). Therefore, Plaintiffs respectfully request that a Three-Judge Court be convened to hear and decide this matter.

Respectfully submitted this 18th day of April, 2008.

/s/ Michael J. Bowers
Michael J. Bowers
Georgia Bar No. 071650
Greg Michell 504053
Georgia Bar No.
Robert F. Glass
Georgia Bar No. 115504

**BALCH & BINGHAM LLP**
30 Allen Plaza, Suite 700
30 Ivan Allen Jr. Blvd. N.W.
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Steven M. Fincher
Georgia Bar No. 260235
Winston A. Denmark
Georgia Bar No. 211751
L'Erin F. Barnes
Georgia Bar No. 141797

**FINCHER DENMARK & WILLIAMS, LLC**
2262 Mount Zion Road
Jonesboro, Georgia 30236
Telephone (770) 478-9950
Facsimile (770) 471-9948

|  |  |
|---|---|
|  | David F. Walbert |
|  | Georgia Bar No. 730450 |
| **PARKS, CHESIN & WALBERT, P.C.** |  |
| 75 14th Street, 26th Floor |  |
| Atlanta, GA 30309 |  |
| Telephone: (404) 873-8000 |  |
| FACSIMILE: (404)873-8050 |  |
|  | ATTORNEYS FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **REQUEST FOR A THREE-JUDGE COURT** has been served upon the following by hand delivery on this the 18th day of April, 2008.

>City of Atlanta
>c/o Mayor Shirley Franklin
>55 Trinity Avenue
>Atlanta, Georgia, 30303
>
>State of Georgia
>c/o Governor Sonny Perdue
>203 State Capitol
>Atlanta, Georgia, 30334
>
>Robert Caput
>Michael S. Fineman
>City of Atlanta Department of Law
>East End, Suite 300
>Hartsfield-Jackson Atlanta International Airport
>6000 N. Terminal Parkway
>Atlanta, Georgia 30320

_____
Greg Michell
Georgia Bar No. 504053

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)**

I hereby certify that the foregoing Request for Three-Judge Court has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

*[signature]*
Greg Michell 504053
Georgia Bar No.