1:08-CV-1464 

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 18 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

CITY OF COLLEGE PARK and
CHARLES E. PHILLIPS, SR.,

   Plaintiffs,

v.

CITY OF ATLANTA, SHIRLEY
FRANKLIN, in her official
capacity as Mayor of the City
of Atlanta, and the STATE OF
GEORGIA,

   Defendants.

CIVIL ACTION NO.

1:08-CV-1464-JEC

### ORDER

This matter having come before the Court on Plaintiffs' Motion for Temporary Restraining Order filed on April 18, 2008, this Court finds that plaintiffs will suffer irreparable injury absent this Court's intervention to halt the City of Atlanta's purchase of Wynterbrook Apartments or other College Park property. Accordingly, the City of Atlanta is hereby temporarily enjoined from acquiring the Wynterbrook Apartments, or any other property within the City of College Park, until briefing by the defendants concerning the propriety of preliminary injunctive relief and resolution of the same.

The defendants shall file a response to plaintiffs' Motion for Temporary Restraining Order and shall also indicate the defendants' position concerning plaintiffs' contention that a three-judge Court should be convened. Defendants' response is due within **30 days of this Order**.

IT IS HEREBY ORDERED AND ADJUDGED THAT THE Plaintiffs' Motion for Temporary Restraining Order is **GRANTED**.

SO ORDERED, this 18th day of April, 2008.

*/s/ Julie Carnes*
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)