# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:08-cv-01464-JEC
### City of College Park et al v. City of Atlanta et al
### Honorable Julie E. Carnes

Minute Sheet for proceedings held In Open Court on 4/21/07.

| | |
|---|---|
| TIME COURT COMMENCED: 3:36 P.M. | COURT REPORTER: David Ritchie |
| TIME COURT CONCLUDED: 4:40 P.M. | CSO/DUSM: CSO Dodgen |
| TIME IN COURT: 1:04 | DEPUTY CLERK: Dee-dee Morris |

**ATTORNEY(S) PRESENT:**
Michael Bowers representing City of College Park
Michael Bowers representing Charles E. Phillips
Dennis Dunn representing State of Georgia
David Michell representing City of College Park
David Michell representing Charles E. Phillips
David Walbert representing City of College Park
David Walbert representing Charles E. Phillips
** Steven Fincher representing Plaintiffs
** Michael Fineman and Robert Caput representing City of Atlanta and Shirley Franklin

**PROCEEDING CATEGORY:** Status Conference(Other Proceeding Non-evidentiary);

**MINUTE TEXT:** TRO Status Conference. The parties did advise the Court that the closing did take place on Friday. Court will not issue an injunction right now. State of Georgia moves for dismissal from case. Plaintiffs directed to file detailed pleading (supplement to previous filing) as to why they have likelihood of success, with what remedy Judge can order - to be filed within two (2) weeks from hearing. Defendants have thirty (30) days to file response to plaintiff's supplement. Parties agree to six (6) week injunctive period to raising property.