IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITY OF COLLEGE PARK and <br> CHARLES E. PHILLIPS, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA and SHIRLEY <br> FRANKLIN, in her official capacity as <br> Mayor of the City of Atlanta, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 1:08-CV-1464-JEC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS' MOTION
### TO RESTORE INJUNCTION PENDING APPEAL

Pursuant to Federal Rule of Civil Procedure 62(C), Plaintiffs City of College Park and Charles E. Phillips, Sr. hereby move this Court for an order to restore the Court's prior injunction, prohibiting the City of Atlanta from demolishing the buildings at the Wynterbrook property and from acquiring additional properties in College Park, Georgia as part of the airport's nose abatement program, pending a final decision on Plaintiffs' appeal.

In support of this Motion, Plaintiffs rely on the accompanying Brief in Support.

- 2 -

This 30th day of April, 2009.

| | |
|---|---|
| **BALCH & BINGHAM LLP** <br> 30 Ivan Allen Jr. Blvd. N.W., Ste. 700 <br> Atlanta, GA 30308 <br> Telephone: (404) 261-6020 <br> Facsimile: (404) 261-3656 | /s/ Greg Michell <br> Michael J. Bowers <br> Georgia Bar No. 071650 <br> Greg Michell <br> Georgia Bar No. 504053 <br> Robert F. Glass <br> Georgia Bar No. 115504 |
| **FINCHER DENMARK & WILLIAMS, LLC** <br> 2262 Mount Zion Road <br> Jonesboro, Georgia 30236 <br> Telephone (770) 478-9950 <br> Facsimile (770) 471-9948 | /s/ Steven M. Fincher <br> Steven M. Fincher <br> Georgia Bar No. 260235 <br> Winston A. Denmark <br> Georgia Bar No. 211751 <br> L'Erin F. Barnes <br> Georgia Bar No. 141797 |
| **PARKS, CHESIN & WALBERT, P.C.** <br> 75 14th Street, 26th Floor <br> Atlanta, GA 30309 <br> Telephone: (404) 873-8000 <br> Facsimile: (404)873-8050 | /s/ David F. Walbert <br> David F. Walbert <br> Georgia Bar No. 730450 |

Attorneys for Plaintiffs

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 30th day of April, 2009.

                                            s/ Greg Michell
                                              Greg Michell
                                              Georgia Bar No. 504053

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2009, I electronically filed the foregoing **PLAINTIFFS' MOTION TO RESTORE INJUNCTION PENDING APPEAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Robert B. Caput
>Michael S. Fineman
>City of Atlanta, Department of Law
>Robert.Caput@atlanta-airport.com
>Michael.Fineman@atlanta-airport.com

>s/ Greg Michell
>  Greg Michell
>  Georgia Bar No. 504053