# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CITY OF COLLEGE PARK and <br> CHARLES E. PHILLIPS, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATLANTA and SHIRLEY <br> FRANKLIN, in her official capacity as <br> Mayor of the City of Atlanta, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:08-CV-1464-JEC |

## NOTICE OF APPEAL

Notice is hereby given that the City of College Park and Charles E. Phillips, Sr., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit all orders, judgments and rulings in the above-captioned matter, including, but not limited to, the Order and Judgment entered by this Court on March 31, 2009, which denied Plaintiffs' Request for Three-Judge Court and Motion for Leave to File First Amended Complaint, and vacated the Court's previous injunction. Plaintiffs appeal that Order and Judgment in its entirety.

This 30th day of April, 2009.

| | |
|---|---|
| | /s/ Greg Michell |
| **BALCH & BINGHAM LLP** | Michael J. Bowers |
| 30 Ivan Allen Jr. Blvd. N.W., Ste. 700 | Georgia Bar No. 071650 |
| Atlanta, GA 30308 | Greg Michell |
| Telephone: (404) 261-6020 | Georgia Bar No. 504053 |
| Facsimile: (404) 261-3656 | Robert F. Glass |
| | Georgia Bar No. 115504 |
| | |
| **FINCHER DENMARK &** | /s/ Steven M. Fincher |
| **WILLIAMS, LLC** | Steven M. Fincher |
| 2262 Mount Zion Road | Georgia Bar No. 260235 |
| Jonesboro, Georgia 30236 | Winston A. Denmark |
| Telephone (770) 478-9950 | Georgia Bar No. 211751 |
| Facsimile (770) 471-9948 | L'Erin F. Barnes |
| | Georgia Bar No. 141797 |
| | |
| **PARKS, CHESIN & WALBERT, P.C.** | /s/ David F. Walbert |
| 75 14th Street, 26th Floor | David F. Walbert |
| Atlanta, GA 30309 | Georgia Bar No. 730450 |
| Telephone: (404) 873-8000 | |
| Facsimile: (404)873-8050 | |

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2009, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Robert B. Caput
>Michael S. Fineman
>City of Atlanta, Department of Law
>Robert.Caput@atlanta-airport.com
>Michael.Fineman@atlanta-airport.com

>>s/ Greg Michell
>>Greg Michell
>>Georgia Bar No. 504053