**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CITY OF COLLEGE PARK and<br>CHARLES E. PHILLIPS, SR., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO.<br>1:08-CV-1464-JEC |
| CITY OF ATLANTA and SHIRLEY<br>FRANKLIN, in her official capacity<br>as Mayor of the City of Atlanta, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## ORDER

This matter having come before the Court on the parties' Joint Motion for Relief from Order and Opinion and Judgment, and the Court having considered the motion and exceptional circumstances of this case, and noted that the case remains pending before the Eleventh Circuit Court of Appeals, the Court certifies that it is inclined to grant this Motion, and enter the parties' proposed Consent Order, if this case is remanded by the Court of Appeals.

So ORDERED, this ____ day of _____, 2010.

_____
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE