# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 09-12255-FF

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 27 2010
JOHN LEY
CLERK

CITY OF COLLEGE PARK,
CHARLES E. PHILLIPS, SR.,

Plaintiffs-Appellants,

versus

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

CITY OF ATLANTA,
SHIRLEY FRANKLIN,
in her official capacity as
Mayor of the City of Atlanta,

JUL 28 2010

JAMES N. HATTEN, CLERK
By: _____

Defendants-Appellees,

---

On Appeal from the United States District Court for the
Northern District of Georgia

---

BEFORE: BIRCH, HULL and PRYOR, Circuit Judges.

BY THE COURT:

On its own motion, this Court hereby REMANDS IN FULL this matter in light of District Court's June 9, 2010, certification order. See Eleventh Circuit R. 12-1-1(c)(2)(ii).

The parties' "Joint Motion For Remand," which is construed as a joint motion to stay and for limited remand to District Court for the purpose of granting the parties' "Joint Motion for Relief from Order and Opinion and Judgment" and entering the parties' proposed Consent Order, is DENIED AS MOOT.

The Clerk is directed to close this appeal.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia