# EXHIBIT D

1160
1170
1176.1
1140

